KELLY, Judge.
 

 Richard Curtis Thompson was convicted of aggravated stalking and sentenced to sixty months’ incarceration, a portion of which was suspended, followed by five years’ probation. On appeal, Thompson argues that his sentence is illegal because it exceeds the statutory maximum for a third-degree felony. The State correctly concedes that the trial court erred in imposing a split sentence of probation and incarceration which exceeds the five-year statutory maximum sentence for third-degree felonies.
 
 See
 
 Fla. R.Crim. P. 3.701(d)(12);
 
 Smith v. State,
 
 584 So.2d 154 (Fla. 2d DCA 1991).
 

 Accordingly, we affirm Thompson’s conviction, reverse his sentence, and remand for resentencing.
 

 FULMER and VILLANTI, JJ., Concur.